UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARLOS ARTURO LEAL MEDINA,

    Plaintiff,

v.                                                   Case No: 8:14-cv-1094-T-27TBM

TRANSPORTATION DEPARTMENT,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that Plaintiff's Complaint be dismissed and the Affidavit of Indigency (Dkt. 2), construed as a motion to proceed *in forma pauperis*, be denied without prejudice (Dkt. 4). Plaintiff did not file objections and the time in which to do so has passed. Plaintiff, however, did file an Amended Complaint (Dkt. 5). Upon consideration, the Report and Recommendation is adopted as the opinion of the Court as modified by this Order.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

1

Plaintiff's Amended Complaint fails to enclose his Notice of Right to Sue from the EEOC, therefore, failing to comply with the jurisdictional requirements under Title VII of the Civil Rights Act, 42 U.S.C. § 2000(e)-5(f). Moreover, the allegations in the Amended Complaint do not set forth a plain statement of any claim showing Plaintiff is entitled to relief.

Accordingly,

1. The Report and Recommendation (Dkt. 4) is **APPROVED** and **ADOPTED** as the opinion of the Court for all purposes, including for appellate review, as modified by this Order.

2. Plaintiff's Affidavit of Indigency, construed as a motion to proceed *in forma pauperis*, (Dkt. 2) is **DENIED** *without prejudice*.

3. Plaintiff's Amended Complaint (Dkt. 5) is **DISMISSED**. Plaintiff is granted leave to file an amended complaint which clearly sets forth a cause of action cognizable in this Court, includes a legible copy of his Notice of Right to Sue from the EEOC, and is consistent with the pleading requirements of the Federal Rules of Civil Procedure, within **twenty (20) days** of this Order. Failure to file an amended complaint by this deadline will result in dismissal of this action without further notice.

**DONE AND ORDERED** this 22nd day of July, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: pro se Plaintiff